Antonio Leo, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mary Lovely, as Administratrix, etc., of Peter Lovely, Deceased, Appellant, v. Ocean Steamship Company of Savannah, Respondent.— Judgment and order affirmed, with costs. No opinion.

Anna M. Margetson, as Administratrix, etc., of Edgar Margetson, Deceased, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of New York City Railway Company, and New York City Railway Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Edward O. Schernikow, Appellant, v. George M. Gillies, Respondent.— Judgment and order affirmed, with costs. No opinion.

Edward O. Schernikow, Appellant, v. George M. Gillies, Respondent.— Order, affirmed, with costs. No opinion.

Adelaide J. Thorpe, Respondent, v. George A. Fuller Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham, J., dissenting on the ground that the contract under which the plaintiff sues was never completed, the building having been erected by a new corporation, composed to some extent of different members, and not for the persons who had originally contemplated building the same.

George Ebbitt, Appellant, v. Edward F. Milliken and Foster Milliken, Respondents.— Judgment and order affirmed, with costs, on 103 Appellate Division, 211.

John A. Campbell and Others, Doing Business as Campbell Horse Company, Respondents, v. James Emslie, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Wolf Lipshitz, Appellant, v. Samuel Desowitz, Respondent.— Judgment affirmed, with costs. No opinion.

John Froelich, Appellant, v. The City of New York and William Bradley, Respondents.— Judgment unanimously affirmed as to the city, and as to defendant Bradley affirmed. (Laughlin, J., dissenting.) Costs to respondents. No opinion. Settle order on notice.

In the Matter of the Petition of Howard Townsend, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 1,422, Issued to Edward G. Smith, Appellant.— Order affirmed, with fifty dollars costs and disbursements. No opinion.

Ettie Bellfort, Respondent, v. Edward H. Litchfield and Grace Denio Litchfield, Appellants.— Judgment and order affirmed, with costs. No opinion.

John J. Loftus, Appellant, v. John Leonard and Others, Respondents.— Order affirmed, with costs and disbursements. No opinion.

Sol Blumenkrohn, Respondent, v. Dayton-Wile Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.